UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAIDER HUSSEIN AL TUKY,

    Plaintiff,

  v.

ALBERTO R. GONZALEZ, et al.,

    Defendants.

CASE NO. C06-381JLR

MINUTE ORDER

    The court is in receipt of the parties' status reports (Dkt. ## 14, 15).  On June 28, 2006, the court remanded Plaintiff's application for naturalization to the United States Citizenship and Immigration Services ("CIS") for an "expeditious resolution" (Dkt. #13).  The parties have notified the court that CIS has not yet completed review of Plaintiff's application based on delays in completing the background check.  As agreed to by the parties, the court continues to hold the case in abeyance until November 15, 2006 to allow CIS to proceed with its review.  If at that time, the parties have not settled this dispute, they may stipulate to an additional continuance, or Plaintiff may renew his application for naturalization pursuant to 8 U.S.C. § 1447(b).

    Filed and entered this 14th day of September, 2006.

BRUCE RIFKIN, Clerk

By   s/Mary Duett
     Deputy Clerk

MINUTE ORDER